# United States District Court Violation Notice

**CVB Location Code:** GU10

**Violation Number:** 6887391
**Officer Name (Print):** Smith, Justin
**Officer No.:** 1001

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 08/06/2020 11:15
**Offense Charged:** ☒ USC
**18 USC § 17A**

**Place of Offense:** Naval Base Guam

**Offense Description: Factual Basis for Charge:** see attached

## DEFENDANT INFORMATION

**Last Name:** YOSHINOBU
**First Name:** Jarred
**M.I.:** T

**Tag No.:** SR 4641
**State:** GU
**Make/Model:** Hyundai
**Color:** BL

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE

**Court Address:** United States District Court, District of Guam, 4th Floor US Courthouse 520 West Soledad Avenue, Hagatna Guam 96910

**X Defendant Signature:** Refused to sign

(Rev. 09/2015) Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ _____
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle; **CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 09/17/2020 9:18